| JAYSON DOE | * | NO. 2021-CA-0284 |
| VERSUS | * | COURT OF APPEAL |
| JESUIT HIGH SCHOOL OF NEW ORLEANS, AND U.S. CENTRAL AND SOUTHERN PROVINCE, SOCIETY OF JESUS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*SCJ*

**JENKINS, J., CONCURS IN THE RESULT.**